PHILLIP A. TALBERT
Acting United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No. 6553477 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| EVERARDO MORALES, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 6553477 against EVERARDO MORALES without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: March 13, 2017         Respectfully Submitted,
                              Phillip A. Talbert
                              Acting United States Attorney

                        By:   *Kyle R. Ratliff* (signature)
                              Kyle R. Ratliff
                              Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 6553477 against EVERARDO MORALES be dismissed without prejudice, in the interest of justice.

Dated:     March 13 , 2017

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge